NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

OPEN ACCESS LAW, APC
Jason Theodore Soller (SBN 306137)
5815 W. Sunset Blvd., Ste. 206
Los Angeles, CA 90028
Phone: (213) 401-4114

ATTORNEY(S) FOR: DAWN STEVENS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

DAWN STEVENS

v.                                                  Plaintiff(s),

SAVOR THE FLAVOR LLC; WILLIAM C. DUVALL, AS TRUSTEE OF THE DUVALL FAMILY TRUST; and DOES 1 to 10

Defendant(s)

CASE NUMBER:

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____ DAWN STEVENS _____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| DAWN STEVENS | Plaintiff |
| SAVOR THE FLAVOR LLC | Defendant/Business Owner |
| WILLIAM C. DUVALL, AS TRUSTEE OF THE DUVALL FAMILY TRUST | Defendant/Property Owner |

    1/8/2026                                    /s/ Jason Theodore Soller
    Date                                        Signature

                                                Attorney of record for (or name of party appearing in pro per):

                                                DAWN STEVENS

CV-30 (05/13)                    **NOTICE OF INTERESTED PARTIES**